386 A.2d 611

Klein, et al. v. Kay (et al., Appellants).

Argued September 21, 1977. Robert C. Steiger, with him Harper, George, Buchanan & Driver, for appellants; Edward Stock, with him S. David Fineman, for appellees, Klein; No appearance entered nor brief submitted for appellee, Kay.

Judgment affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.